No. 02–5525. CRINER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5526. WILBORN v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 02–5527. CHILDS v. ORNELAS-NOVAK, WARDEN, ET AL. Reported below: 36 Fed. Appx. 364.

No. 02–5528. RODRIGUEZ DADO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–5529. CROSS v. HALL, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–5530. CLARK v. WASHINGTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–5531. CHIMENTI v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5532. CAZARES-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5533. CONTRERAS-ZAMORA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5534. MARTINEZ-MEDINA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5535. MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5536. MCWAINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5537. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5539. ROCA-SUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5540. ADAMS v. AULT, WARDEN. C. A. 8th Cir. Certiorari denied.